STATE OF CONNECTICUT *v.* ANDREW J. LEDUC

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 744 (AC 16044), is denied.

*Michael R. Hasse,* in support of the petition.

*John P. Gravalec-Pannone,* assistant state's attorney, in opposition.

Decided May 29, 1997

JANET M. CONNOR, ADMINISTRATRIX (ESTATE OF RAYMOND T. CONNOR) *v.* LISA-LOTTE KNUDSEN ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 912 (AC 15856), is denied.

MCDONALD, J., did not participate in the consideration or decision of this petition.